# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Preliminary / Detention

| Date: | 5/29/2015 | Case Number: | MJ 15-1729 | |
|---|---|---|---|---|
| Case Title: USA v. | Lawrence Roybal | Liberty: | Gila @ | 9:37 |
| Courtroom Clerk: | E. Romero | Total Time: | 4 minutes | |
| Probation/Pretrial: | Anthony Galaz | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Fred Federici | Defendant: | Martin Lopez III |
|---|---|---|---|

PROCEEDINGS:

☒ Defendant waives Preliminary hearing

☒ Court finds probable cause

☒ Defendant waives detention hearing

☒ Defendant remanded to custody of USMS

☐ Defendant released:

☒ Other:   Defendant to be seen by medical staff at facility re: prescription