IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
JUN 04 2015
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 15-2028 WJ |
| vs. ) | 18 U.S.C. §§ 111(a) and (b): Assaulting, Resisting, or Impeding a Federal Officer with a Deadly or Dangerous Weapon. |
| LAWRENCE ROYBAL, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 11, 2015, in Rio Arriba County, in the District of New Mexico, the defendant, **LAWRENCE ROYBAL**, knowingly did forcibly assault, resist, oppose, impede, intimidate and interfere with Officer John Doe of the Jicarilla Apache Police Department, who is SLEC certified, while he was engaged in the performance of his official duties, and in doing so, did use a deadly and dangerous weapon, specifically a pitchfork.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney

PKS 06/05/15 11:53AM