| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | |
|---|---|---|---|---|---|
| | Before the Honorable Steven C. Yarbrough | | | | |
| | United States Magistrate Judge | | | | |
| | Clerk's Minutes | Arraignment | | | |
| Date: | 6/17/2015 | | Case Number: | 15-CR-2028 WJ | |
| Case Title: USA v. | Lawrence Roybal | | Liberty: | Gila @ | 9:38 am |
| Courtroom Clerk: | K. Dapson | | Total Time: | 2 Minutes | |
| Probation/Pretrial: | S. Avila-Toledo | | Interpreter: | | |
| ATTORNEYS PRESENT: | | | | | |
| Plaintiff: | Louis Valencia | | Defendant: | Martin Lopez, III | |
| PROCEEDINGS: | | | | | |

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Meet and Confer: 6/29/2015 |
| ☒ | Motions due by: 7/7/2015 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Johnson |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant remanded to custody of USMS |
| ☐ | Defendant released: |
| ☐ | Other: |